# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ELVIS ANDERSON, | ) |
|    Petitioner, | ) ) ) |
| v. | )     No. 2-21-cv-2692-MSN-tmp |
| EUGENE LAURENZI, | ) ) |
|    Respondent. | ) ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's *pro se* Petition for a Writ of Habeas Corpus, (ECF No. 1), filed November 2, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Leave to Proceed in Forma Pauperis; Order Dismissing Petition Without Prejudice for Failure to Prosecute, docketed February 23, 2022, (ECF No. 11), settling this matter between the parties and dismissing all claims against Defendant with prejudice, all claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
               MARK S. NORRIS
               UNITED STATES DISTRICT JUDGE

DATE:     February 23, 2022